731 A.2d 1291

**Reynaldo DE LA ROSA, Appellant,**

**v.**

**Raymond COLLERAN and Nicholas Muller, Appellees.**

**No. 71 Middle District Appeal Docket 1999.**

Supreme Court of Pennsylvania.

July 8, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 8th day of July 1999, probable jurisdiction is noted and the order appealed is affirmed.